IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


GLEN E. IVORY                                                                                    PLAINTIFF

v.                               Case No. 4:18-cv-04104

RYAN D. MCCARTHY, secretary of the Army,
United States Department of the Army; UNITED
STATES ARMY CORPS OF ENGINEERS,
Millwood Tri-Lakes Project                                                                       DEFENDANTS

### ORDER

Before the Court is Plaintiff's Amended[1] Unopposed Motion to Substitute Party Defendant. ECF No. 25. Plaintiff states that at the time he filed the present lawsuit Ryan D. McCarthy was serving as Secretary of the Army. However, Plaintiff states that subsequently Mark T. Esper was appointed to serve as Secretary of the Army. Accordingly, Plaintiff moves to substitute Secretary Esper for former Secretary McCarthy. Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. The Clerk of Court is hereby directed to substitute Mark T. Esper as Secretary of the Army and to remove Ryan D. McCarthy.

**IT IS SO ORDERED**, this 11th day of March, 2019.


                                                                /s/ Susan O. Hickey
                                                                Susan O. Hickey
                                                                Chief United States District Judge

---

[1] Plaintiff previously filed an Unopposed Motion to Substitute Party Defendant. ECF No. 23. However, in light of the instant order, the Court finds that Plaintiff's Unopposed Motion to Substitute Party Defendant (ECF No. 23) should be and hereby is **DENIED AS MOOT**.