IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLEN E. IVORY                                                                    PLAINTIFF

v.                                    Case No. 4:18-cv-4104

RYAN D. MCCARTHY, Secretary of the Army,
United States Department of the Army; UNITED
STATES ARMY CORPS OF ENGINEERS,
Millwood Tri-Lakes Project                                                       DEFENDANTS

## ORDER

Before the Court is Brandon C. Cogburn's Motion to Withdraw as Counsel for Plaintiff, Glen E. Ivory. (ECF 59). Mr. Cogburn seeks to be relieved as attorney of record in the above-styled and numbered case. Mr. Cogburn states that Plaintiff continues to be represented by Louise Tausch of Atchley, Russell, Waldrop & Hlavinka.

Upon consideration, the Court finds that the motion (ECF No. 59) should be and hereby is **GRANTED**. Mr. Cogburn is hereby relieved as attorney of record for Plaintiff. The Clerk is **DIRECTED** to remove Mr. Cogburn from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 3rd day of March, 2020.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
Chief United States District Judge