AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas   ▾

|  |  |  |
|---|---|---|
| GLEN E. IVORY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:18-CV-4104 |
| MARK T. ESPER, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   On the race discrimination claim of plaintiff Glen E. Ivory, as submitted in Instruction 5, we find in favor of: Defendants.
On the age discrimination claim of plaintiff Glen E. Ifory, as submitted in Instruction 12, we find in favor of: Defendants.   .

This action was *(check one)*:

☑   tried by a jury with Judge Susan O. Hickey _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☐   decided by Judge _____ on a motion for _____ .

Date:   December 15, 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*